IN THE UNITED DATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAUNA ZIEMER, as Executrix of the Estate of Darrin E. Ziemer, | : : : |
| Plaintiff | : : |
| v. | : CIVIL ACTION : DOCKET NO. 4:16-CV-01001 : |
| NORFOLK SOUTHERN RAILWAY COMPANY, CLINTON TOWNSHIP, GRIFFITH COMPANY AND ESTATE OF HOWARD E. MARTIN, JR. | : : : : : : |
| Defendants | : |

## ANSWER OF THE ESTATE OF HOWARD E. MARTIN, JR., TO THE CROSSCLAIM OF NORFOLK SOUTHERN RAILWAY COMPANY

79. The answer, affirmative defenses and crossclaim of the Estate of Howard E. Martin, Jr., is incorporated herein by reference.

80. The answer, affirmative defenses and crossclaim of the Estate of Howard E. Martin, Jr., is incorporated herein by reference.

81. This is a conclusion of law to which no response is required. It is, however, denied that the Estate of Howard E. Martin Jr., is liable to plaintiff or to Clinton Township, in any way.

**MITCHELL GALLAGHER, P.C.**

BY:   /s/ Gary L. Weber
      Gary L. Weber I.D. 37648
      Attorney for Estate of Howard Martin, Jr.
      10 West Third Street
      Williamsport PA 17701
      (570)323-8404
      (570)323-8585 facsimile
      glw@mitchellgallagher.com