**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SHAUNA ZIEMER, | : | Case No. 4:16-CV-01001 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| NORFOLK SOUTHERN RAILWAY | : | |
| COMPANY, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

November 15, 2016

**AND NOW**, in accordance with the Memorandum of this same date, **IT IS**

**HEREBY ORDERED THAT** Defendant Griffith Company's Motion to Dismiss

(ECF No. 11) is **GRANTED**.  Plaintiff is, however, given twenty-one (21) days

from the issuance of this Order to amend Counts Five and Six of her Complaint.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge