**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SHAUNA ZIEMER, as Executrix of | : | CIVIL ACTION - LAW |
| The Estate of Darrin E. Ziemer | : | |
| Plaintiffs | : | JURY TRIAL DEMANDED |
| | : | |
| vs. | : | **ELECTRONICALLY FILED** |
| | : | |
| NORFOLK SOUTHERN RAILWAY | : | |
| COMPANY, GRIFFITH COMPANY, | : | Judge Matthew W. Brann |
| CLINTON TOWNSHIP, and Estate | : | |
| of HOWARD E. MARTIN, JR. | : | |
| Defendants. | : | No. 4:16-CV-01001 |

**ORDER**

AND NOW, this 13th day of ___July___ 2017, upon consideration of

Plaintiff Ziemer's Motion for Leave to Amend the Complaint to Add EAST

COAST RIGHT OF WAY MAINTENANCE, INC. as a defendant, and any

response thereto, it is hereby ORDERED that Plaintiff's Motion is GRANTED.

Plaintiff is hereby granted leave to file a Second Amended Complaint adding

EAST COAST RIGHT OF WAY MAINTENANCE, INC. as a defendant.

BY THE COURT:

*s/ Matthew W. Brann*
J.