# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAUNA ZIEMER<br>*as Executrix of the Estate of Darrin E. Ziemer*,<br><br>      Plaintiff,<br><br>      v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY, CLINTON TOWNSHIP, ESTATE OF HOWARD E. MARTIN, JR., EAST COAST RIGHT OF WAY MAINTENANCE, INC.,<br><br>      Defendants. | No. 4:16-CV-01001<br><br>(Judge Brann) |

## ORDER

**AND NOW**, this 1st day of March 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Estate of Howard E. Martin Jr.'s Motion for Summary Judgment, June 27, 2017, ECF No. 75, is GRANTED.

2. The Clerk is directed to enter judgment in favor of the Estate of Howard E. Martin, Jr. in his capacities as both Defendant and Cross-Defendant.

                                    BY THE COURT:

                                    *s/ Matthew W. Brann*
                                    Matthew W. Brann
                                    United States District Judge