IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAUNA ZIEMER, as Executrix of The Estate of DARRIN E. ZIEMER<br>    Plaintiff<br><br>vs.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY, et al.<br>    Defendants. | CIVIL ACTION - LAW<br><br>JURY TRIAL DEMANDED<br><br><br><br>No. 4:16-CV-01001<br>Judge Matthew W. Brann |
| ANGELA LYNN MARTIN, Individually and as Administratrix of the Estate of HOWARD MARTIN, JR.<br>    Plaintiff<br><br>vs.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY, et al.<br>    Defendants. | CIVIL ACTION - LAW<br><br><br><br><br>No. 4:15-CV-02034<br>Judge Matthew W. Brann |

## ORDER

Upon review of the Motion to Consolidate, it is hereby ORDERED, ADJUDGED and DECREED on this 3rd day of May 2018 that the above two captioned lawsuits shall be consolidated for trial. The cases shall be docketed to Case No. 4:15-CV-2034.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge